| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northside Tower Realty, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): 20-1159498 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1827 Flushing Avenue**<br>**Ridgewood, NY**<br>ZIP CODE    **11385** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative
  expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Northside Tower Realty, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
❑   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|

❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northside Tower Realty, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X  **Not Applicable**
_____
Signature of Debtor

X  **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X  **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X _~~signature~~_____
Signature of Attorney for Debtor(s)

**Marc A. Pergament  Bar No. MP6183**
Printed Name of Attorney for Debtor(s) / Bar No.

**Weinberg, Gross & Pergament LLP**
Firm Name

**400 Garden City Plaza Garden City, New York 11530**
Address

**516-877-2424**        **516-877-2460**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~Anthony Ciuffo~~_ , _~~Paul Vallario~~_
Signature of Authorized Individual

**Anthony Ciuffo, Paul Vallario**
Printed Name of Authorized Individual

**Managing Members**
Title of Authorized Individual

_~~March 12, 2010~~_
Date

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

———————————————————x

In Re:

Northside Tower Realty, LLC

Case No.

Chapter        11

Debtor(s)

———————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: March 12, 2010

Anthony Ciuffo, Paul Vallario
Debtor

Marc A. Pergament
Attorney for Debtor

A.P.E. Electric of NY & NJ
9 Running Brook Drive
Perrineville, NJ 08535


ACA Contracting, Inc.
33 Roundabout Road
SMithtown, NY 11787


Agovino & Asselta LLP
170 Old Country Road
Suite 608
Mineola, NY 11501


Anthony Ciuffo
1827 Flushing Avenue
Ridgewood, NY 11385


Bacarella Enterprises, Inc.
43-35 157 Street
Flusing, NY 11355


Big City Development
400 E. 58th Street
New York, NY 10022


Blue Diamond Group Corp.
223 North 8th Street
Brooklyn, NY 11211


Capital Interiors Construction
510 Hempstead Tpke.
Suite 211
West Hempstead, NY 11522


Capital One Bank, N.A.
275 Broadhollow Road
Melville, NY 11747

City Wide Premium Painting Corp
25 Highland Avenue
Port Washington, NY   1105


Coastal Plumbing Supply Co., Inc
480 Bay Street
Staten Island, NY   10304


DACK Consulting Solution Inc
2 William Street
White Plains, NY   10601


Environmental Control Board
P.O. Box 2307
New York, NY   10272


Expressive Lighting Inc.
245 48th Street
Brooklyn, NY   11220


Ferro Fabricators Inc.
1117 38th Street
Brooklyn, NY   11218


Glenwood Mason Supply Co., Inc.
4106 Glenwood Road
Brooklyn, NY   11210


Hampton Air East Inc.
26 Sawgrass Drive
Bellport, NY   11713


JC Ryan EBCO/H&G LLC
1800 New Highway
Farmingdale, NY   11735

Joseph Savino, Esq.
Lazer, Patheker, Rosella
& Yedid, P.C.
225 Old Country Road
Melville, NY 11747

Kaufman Dolowich Law Firm
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

KLIN Construction Group, Inc.
43-41 162nd Street
Flushing, NY 11358

Michelle Englander, Esq.
343 Great Neck Road
Great Neck, NY 11021

Levada, Inc.
1726 Mc Donald Avenue
Brooklyn, NY 11230

M&V Provision
1827 Flushing Avenue
Ridgewood, NY 11385

Malvina Lin, P.C.
1203 Avenue J
Suite 4B
Brooklyn, NY 11230

Marc H. Supcoff, Esq.
469 Seventh Avenue
4th Floor
New York, NY 10018

Mastropietro-Frade
111 Broadway
Suite 1403
New York, NY 10006

Matthew K. Bendix. P.E.
519 8th Avenue
New York, NY   10018


Mayer Malbin Co.
41-01 36th Avenue
Long Is, City,NY   11101


Met Rock
501 5th Avenue
New York, NY   10017


Metal & Glass Solutions
55 Washington Street
Suite 655
Brooklyn, NY   11201


NationalGrid
8424 Ditmas Avenue
Brooklyn, NY   11236


North Side Enterprise
1827 Flushing Avenue
Ridgewood, NY   11385


Northside Enterprise
1827 Flushing Avenue
Ridgewood, NY   11385


NYC Dept. of Finance
345 Adams Street
3rd Floor
Brooklyn, NY   11201-3719
Attn: Legal Affairs


NYC Dept. of Finance
P.O. Box 32
New York, NY   10008

Paul Vallario
1827 Flushing Avenue
Ridgewood, NY  11385


Paul Vallario
1827 Flushing Avenue
Ridgewood, NY  11385


Queens Ridgewood Realty LLC
1827 Flushing Avenue
Ridgewood, NY  11385


Quest Contracting, Inc.
129 Berkshire Drive
Farmingdale, NY  11738


Rabinowitz & Galina, Esqs
94 Willis Avenue
Mineola, NY  11501


Rotavele Elevator Inc.
414 Seneca Avenue
Ridgewood, NY  11385


Scher Law Firm
1 Old Country Road
Suite 385
Carle Place, NY  11516


Scorcia and Diana Associates Inc
51 Atlantic Avenue
Floral Park, NY  11001


Shanker Law Group
101 Front Street
Mineola, NY  11501

SNG Brick & Stone, Inc.
1117 38th Street
Brooklyn, NY  11218


Solco Plumbing Supply Inc.
413 Liberty Avenue
Brooklyn, NY  11207


Solco Plumbing Supply Inc
5917 New Utrecht Avenue
Brooklyn, NY  11228


Strazzullo Law Firm
7101 18th Avenue
Brooklyn, NY  11204


Sullivan Landscaping
15 West 26th Street
New York, NY  10010


Sunshine of East Coast Inc.
25 Orchard Drive
Farmingville, NY  11738


T&T Industry Inc.
54-01 43rd Street
Maspeth, NY  11378


U.S. Diamond, Inc.
24-32 44th Street
Astoria, NY  11103


Ultimate Security
250 Fulton Aenue
Hempstead, NY  11550

VDA LLC
5 Regent Street
Suite 624
Livingston, NJ   07039


Versa Contracting Co., Inc.
814 Horseblock Road
Farmingdale, NY   11738

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                              Chapter 11

Northside Tower Realty, LLC,                         Case No.

            Debtor.                                 CORPORATE RESOLUTION

--------------------------------------------------------X

The undersigned, the Managing Members of Northside Tower Realty, LLC, a corporation existing under the laws of the State of New York does hereby certify that a duly called meeting of the directors of Northside Tower Realty, LLC, the following resolutions were adopted, and have not been modified or rescinded, and are still in full force and effect:

"Resolved, that in the judgment of the shareholders and directors, it is desirable and in the best interest of the corporation, that Anthony Ciuffo, Managing Member of the Corporation, be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such date, and in the event, in his discretion, such action should be necessary for the protection of the corporation and preservation of its assets without further notice to the directors of Northside Tower Realty, LLC, and it is further

Resolved, that Anthony Ciuffo be and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals which they may deem necessary or proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 12th day of

March 2010.

_Anthony Cuffo_ _Paul Vallario_
Anthony Ciuffo, Managing Member

_Paul Vallario_
Paul Vallario, Managing Member

In re: **Northside Tower Realty, LLC** _____ ,

Case No. _____

**Debtor**

Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on .

a. Total assets $ _____ **17,100,160.00**

b. Total debts (including debts listed in 2.c., below) $ _____ **28,096,952.55**

Approximate number of holders

c. Debt securities held by more than 500 holders.

secured _____ unsecured _____ subordinated _____ _____ _____

d. Number of shares of preferred stock _____ _____

e. Number of shares of common stock _____ _____

Comments, if any:

3. Brief description of debtor's business:

**Condominum Developer**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Paul Vallario - 50%**
**Anthony Ciuffo - 50%**

## United States Bankruptcy Court
## Eastern District of New York

In re  Northside Tower Realty, LLC
                                    Debtor

Case No. _____

Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Scher Law Firm 1 Old Country Road Suite 385 Carle Place, NY 11516 | | | | $102,421.05 |
| Ultimate Security 250 Fulton Aenue Hempstead, NY 11550 | | | | $22,795.07 |
| DACK Consulting Solution Inc 2 William Street White Plains, NY 10601 | | | DISPUTED | $14,225.00 |
| NationalGrid 8424 Ditmas Avenue Brooklyn, NY 11236 | | | | $14,038.00 |
| Met Rock 501 5th Avenue New York, NY 10017 | | | DISPUTED | $12,466.67 |

In re **Northside Tower Realty, LLC**                     , Case No. _____

                            Debtor                         Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Big City Development**<br>400 E. 58th Street<br>New York, NY 10022 | | | **DISPUTED** | $8,500.00 |
| **Strazzullo Law Firm**<br>7101 18th Avenue<br>Brooklyn, NY 11204 | | | **DISPUTED** | $5,000.00 |
| **Sullivan Landscaping**<br>15 West 26th Street<br>New York, NY 10010 | | | | $4,097.44 |
| **Kaufman Dolowich Law Firm**<br>135 Crossways Park Drive<br>Suite 201<br>Woodbury, NY 11797 | | | | $3,449.00 |
| **Environmental Control Board**<br>P.O. Box 2307<br>New York, NY 10272 | | | | $1,600.00 |
| **VDA LLC**<br>5 Regent Street<br>Suite 624<br>Livingston, NJ 07039 | | | | $513.66 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Northside Tower Realty, LLC** _____ Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Anthony Ciuffo, Paul Vallario, Managing Members of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _March 12, 2010_       Signature: _Anthony Ciuffo, Paul Vallario_

**Anthony Ciuffo, Paul Vallario ,Managing Members**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re: **Northside Tower Realty, LLC** _____,     Case No. _____
                         **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **142 North 6th Street Brooklyn, NY** | **Fee Owner** | | **$17,000,000.00** | **$23,401,808.40** |

                                          Total   ➤   **$17,000,000.00**
                                                       (Report also on Summary of Schedules.)

In re  **Northside Tower Realty, LLC**                              ,          Case No. _____
                              Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One** | | 60.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank** | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Appliances** | | 100,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

In re  **Northside Tower Realty, LLC**                                          ,          Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Breach of contract, negligence and fraud claim** | | **unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

In re  <u>Northside Tower Realty, LLC</u>                          ,          Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | <u>2</u>   continuation sheets attached                    Total ➤ | | $ 100,160.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   Northside Tower Realty, LLC                                    ,        Case No. _____
                                                                                              (If known)
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐       Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A.P.E. Electric of NY & NJ<br>9 Running Brook Drive<br>Perrineville, NJ  08535 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 554,422.70 | 0.00 |
| ACCOUNT NO.<br><br>ACA Contracting, Inc.<br>33 Roundabout Road<br>SMithtown, NY  11787 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 155,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Bacarella Enterprises, Inc.<br>43-35 157 Street<br>Flusing, NY  11355 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 32,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Blue Diamond Group Corp.<br>223 North 8th Street<br>Brooklyn, NY  11211 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 1,581,745.49 | 0.00 |

6      continuation sheets
        attached

Subtotal  >
(Total of this page)

Total  >
(Use only on last page)

$ 2,323,168.19  $              0.00

$                     $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Northside Tower Realty, LLC** _____,    Case No. _____
                              **Debtor**                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 218,435.88 | 0.00 |
| Capital Interiors Construction 510 Hempstead Tpke. Suite 211 West Hempstead, NY 11522<br><br>Agovino & Asselta LLP 170 Old Country Road Suite 608 Mineola, NY 11501 | | | Mechanic's Lien 142 North 6th Street Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | | | |
| ACCOUNT NO. | X | | | | | | 17,350,000.00 | 0.00 |
| Capital One Bank, N.A. 275 Broadhollow Road Melville, NY 11747<br><br>Joseph Savino, Esq. Lazer, Patheker, Rosella & Yedid, P.C. 225 Old Country Road Melville, NY 11747 | | | 142 North 6th Street Brooklyn, NY Loan - 2005<br><br>VALUE $17,000,000.00 | | | | | |
| ACCOUNT NO. | | | | | | X | 69,000.00 | 0.00 |
| City Wide Premium Painting Corp 25 Highland Avenue Port Washington, NY 1105<br><br>Shanker Law Group 101 Front Street Mineola, NY 11501 | | | Mechanic's Lien 142 North 6th Street Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | | | |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page)

| $ 17,637,435.88 | $      0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Northside Tower Realty, LLC** _____ ,   Case No. _____

Debtor   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Coastal Plumbing Supply Co., Inc<br>480 Bay Street<br>Staten Island, NY 10304 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 3,047.45 | 0.00 |
| ACCOUNT NO.<br><br>Expressive Lighting Inc.<br>245 48th Street<br>Brooklyn, NY 11220 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 58,517.09 | 0.00 |
| ACCOUNT NO.<br><br>Ferro Fabricators Inc.<br>1117 38th Street<br>Brooklyn, NY 11218 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 24,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Glenwood Mason Supply Co., Inc.<br>4106 Glenwood Road<br>Brooklyn, NY 11210 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 42,460.64 | 0.00 |
| ACCOUNT NO.<br><br>Hampton Air East Inc.<br>26 Sawgrass Drive<br>Bellport, NY 11713 | | | 142 North 6th Street<br>Brooklyn, NY<br>Mechanic's Lien<br><br>VALUE $17,000,000.00 | | | | 10,554.76 | 0.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ▸
(Total of this page)

Total  ▸
(Use only on last page)

| $ | 138,579.94 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Northside Tower Realty, LLC**_____,  Case No. _____

Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JC Ryan EBCO/H&G LLC<br>1800 New Highway<br>Farmingdale, NY 11735 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 113,507.90 | 0.00 |
| ACCOUNT NO.<br>KLIN Construction Group, Inc.<br>43-41 162nd Street<br>Flushing, NY 11358 | | | Condo Development<br>142 North 6th Street<br>Brooklyn, NY<br>Mechanic's Lien<br><br>VALUE $17,000,000.00 | | | | 219,762.98 | 0.00 |
| ACCOUNT NO.<br>Levada, Inc.<br>1726 Mc Donald Avenue<br>Brooklyn, NY 11230 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 60,000.00 | 0.00 |
| ACCOUNT NO.<br>Matthew K. Bendix. P.E.<br>519 8th Avenue<br>New York, NY 10018 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 7,294.82 | 0.00 |
| ACCOUNT NO.<br>Mayer Malbin Co.<br>41-01 36th Avenue<br>Long Is, City,NY 11101 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 173,226.60 | 0.00 |

Sheet no. _3_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    573,792.30 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Northside Tower Realty, LLC**                          Case No. _____

                              Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Metal & Glass Solutions 55 Washington Street Suite 655 Brooklyn, NY 11201** **Marc H. Supcoff, Esq. 469 Seventh Avenue 4th Floor New York, NY 10018** | | | **Mechanic's Lien 142 North 6th Street Brooklyn, NY** **VALUE $17,000,000.00** | | | X | 95,229.65 | 0.00 |
| ACCOUNT NO. **Northside Enterprise 1827 Flushing Avenue Ridgewood, NY 11385** | | | 10/09/2010 **142 North 6th Street Brooklyn, NY** **VALUE $17,000,000.00** | | | X | 790,637.66 | 0.00 |
| ACCOUNT NO. **Quest Contracting, Inc. 129 Berkshire Drive Farmingdale, NY 11738** | | | **142 North 6th Street Brooklyn, NY** **VALUE $17,000,000.00** | | | | 275,624.06 | 0.00 |
| ACCOUNT NO. **Rotavele Elevator Inc. 414 Seneca Avenue Ridgewood, NY 11385** **Rabinowitz & Galina, Esqs 94 Willis Avenue Mineola, NY 11501** | | | **Mechanic's Lien 142 North 6th Street Brooklyn, NY** **VALUE $17,000,000.00** | | | X | 140,263.66 | 0.00 |

Sheet no. _4_ of _8_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

$ 1,301,755.03  $       0.00

$                 $

(Report also on Summary of   (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

In re **Northside Tower Realty, LLC** _____ ,  Case No. _____

Debtor                                                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Scorcia and Diana Associates Inc<br>51 Atlantic Avenue<br>Floral Park, NY 11001 | | | 142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | | 580,543.15 | 0.00 |
| ACCOUNT NO.<br><br>SNG Brick & Stone, Inc.<br>1117 38th Street<br>Brooklyn, NY 11218<br><br><br>Malvina Lin, P.C.<br>1203 Avenue J<br>Suite 4B<br>Brooklyn, NY 11230 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 200,571.44 | 0.00 |
| ACCOUNT NO.<br><br>Solco Plumbing Supply Inc.<br>413 Liberty Avenue<br>Brooklyn, NY 11207<br><br><br>Solco Plumbing Supply Inc<br>5917 New Utrecht Avenue<br>Brooklyn, NY 11228<br><br>Michelle Englander, Esq.<br>343 Great Neck Road<br>Great Neck, NY 11021 | | | Mechanic's Lien<br>142 North 6th Street<br>Brooklyn, NY<br><br>VALUE $17,000,000.00 | | | X | 24,198.12 | 0.00 |

Sheet no. <u>5</u> of <u>6</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 805,312.71 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __Northside Tower Realty, LLC_____,   Case No. _____
                        Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sunshine of East Coast Inc. 25 Orchard Drive Farmingville, NY 11738  Mastropietro-Frade 111 Broadway Suite 1403 New York, NY 10006 | | | Mechanic's Lien 142 North 6th Street Brooklyn, NY  VALUE $17,000,000.00 | | | X | 215,164.62 | 0.00 |
| ACCOUNT NO. T&T Industry Inc. 54-01 43rd Street Maspeth, NY 11378 | | | Mechanic's Lien 142 North 6th Street Brooklyn, NY  VALUE $17,000,000.00 | | | X | 19,252.15 | 0.00 |
| ACCOUNT NO. U.S. Diamond, Inc. 24-32 44th Street Astoria, NY 11103 | | | Mechanic's Lien 142 North 6th Street Brooklyn, NY  VALUE $17,000,000.00 | | | X | 10,554.76 | 0.00 |
| ACCOUNT NO. Versa Contracting Co., Inc. 814 Horseblock Road Farmingdale, NY 11738 | | | 142 North 6th Street Brooklyn, NY  VALUE $17,000,000.00 | | | | 376,792.82 | 0.00 |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $   621,764.35 | $   0.00 |
| $ 23,401,808.40 | $   0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   **Northside Tower Realty, LLC** _____      Case No. _____
                                   Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  **continuation sheets attached**

In re **Northside Tower Realty, LLC**                                Case No. _____
_____,                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NYC Dept. of Finance<br>P.O. Box 32<br>New York, NY  10008<br><br>NYC Dept. of Finance<br>345 Adams Street<br>3rd Floor<br>Brooklyn, NY  11201-3719<br>Attn: Legal Affairs | | | 01/04/2010<br>Real Estate Taxes | | | | 31,038.26 | 31,038.26 | $0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals►<br>(Totals of this page) | $ 31,038.26 | $ 31,038.26 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 31,038.26 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 31,038.26 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Northside Tower Realty, LLC**                                 Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>Anthony Ciuffo<br>1827 Flushing Avenue<br>Ridgewood, NY 11385 | | | 06/01/2009<br><br>Loan | | | | 430,000.00 |
| ACCOUNT NO.  <br><br>Big City Development<br>400 E. 58th Street<br>New York, NY 10022 | | | 04/29/2009<br><br>Project Consulting | | | X | 8,500.00 |
| ACCOUNT NO.  <br><br>DACK Consulting Solution Inc<br>2 William Street<br>White Plains, NY 10601 | | | 08/13/2009<br><br>Project Consulting | | | X | 14,225.00 |
| ACCOUNT NO.  <br><br>Environmental Control Board<br>P.O. Box 2307<br>New York, NY 10272 | | | | | | | 1,600.00 |

<u>3</u>   Continuation sheets attached

Subtotal  ➤ $             454,325.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Northside Tower Realty, LLC**                                    Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Kaufman Dolowich Law Firm** <br> **135 Crossways Park Drive** <br> **Suite 201** <br> **Woodbury, NY 11797** | | | **01/01/2010** <br><br> **Legal services** | | | | 3,449.00 |
| ACCOUNT NO. <br><br> **M&V Provision** <br> **1827 Flushing Avenue** <br> **Ridgewood, NY 11385** | | | **06/01/2006** <br><br> **Loan** | | | | 1,265,000.00 |
| ACCOUNT NO. <br><br> **Met Rock** <br> **501 5th Avenue** <br> **New York, NY 10017** | | | **06/23/2009** <br><br> **Consultant** | | | X | 12,466.67 |
| ACCOUNT NO. <br><br> **NationalGrid** <br> **8424 Ditmas Avenue** <br> **Brooklyn, NY 11236** | | | **Services** | | | | 14,038.00 |
| ACCOUNT NO. <br><br> **North Side Enterprise** <br> **1827 Flushing Avenue** <br> **Ridgewood, NY 11385** | | | **07/29/2004** <br><br> **Loan** | | | | 150,000.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    1,444,953.67

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Northside Tower Realty, LLC _____     Case No. _____
                          Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul Vallario<br>1827 Flushing Avenue<br>Ridgewood, NY 11385 | | | 06/01/2009<br><br>Loan | | | | 430,000.00 |
| ACCOUNT NO.<br><br>Queens Ridgewood Realty LLC<br>1827 Flushing Avenue<br>Ridgewood, NY 11385 | | | 08/01/2009<br><br>Loan | | | | 2,200,000.00 |
| ACCOUNT NO.<br><br>Scher Law Firm<br>1 Old Country Road<br>Suite 385<br>Carle Place, NY 11516 | | | 01/01/2008<br><br>Legal services | | | | 102,421.05 |
| ACCOUNT NO.<br><br>Strazzullo Law Firm<br>7101 18th Avenue<br>Brooklyn, NY 11204 | | | Services | | | X | 5,000.00 |
| ACCOUNT NO.<br><br>Sullivan Landscaping<br>15 West 26th Street<br>New York, NY 10010 | | | 04/27/2009<br><br>Services | | | | 4,097.44 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $     2,741,518.49

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Northside Tower Realty, LLC</u>                              Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ultimate Security**<br>**250 Fulton Aenue**<br>**Hempstead, NY 11550** | | | **11/23/2009**<br>**Services** | | | | **22,795.07** |
| ACCOUNT NO.<br><br>**VDA LLC**<br>**5 Regent Street**<br>**Suite 624**<br>**Livingston, NJ 07039** | | | **02/12/2009**<br>**Consultant** | | | | **513.66** |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **23,308.73**

Total  >  $ **4,664,105.89**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  Northside Tower Realty, LLC                              Case No. _____
                          Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AAA Contractors Corp.<br>682 Metropolitan Avenue<br>Staten Island, NY 10301 | Construction Services |
| Car Park System<br>127 W. 24th Street<br>New York, NY 10011 | Lease |
| CFS Engineering<br>228 E. 45th Street<br>New York, NY 10017 | Construction Services |
| Douglas Elliman LLC<br>575 Madison Avenue<br>New York, NY 10022 | Construction Services |
| Enterprise Design<br>414 Main Street<br>Port Jefferson, NY 11777 | Construction Services |
| Fredrick Goldberg<br>86th Serperkine<br>Roslyn, NY 11576 | Construction Services |
| Front Studio<br>73 Spring Street<br>New York, NY 10012 | Construction Services |
| Gold Hammer LTD<br>691 Route<br>Northport, NY 11768 | Construction Services |

In re:   **Northside Tower Realty, LLC**                                     Case No. _____
                                  Debtor                                                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hypertecture Studios Inc**<br>**190 N. 10th Street**<br>**Brooklyn, NY  11238** | **Construction Services** |
| **Jam Consultant**<br>**10 W. 29th Street**<br>**New York, NY  10001** | **Construction Services** |
| **Joseph Barbieri**<br>**49 Cypress Avenue**<br>**Bethpage, NY  11714** | **Construction services** |
| **Miller Advertising**<br>**71 5th Avenue**<br>**New York, NY  10003** | **Advertising** |
| **Municipal Testing Laboratoy Inc**<br>**102 New South Road**<br>**Hicksville, NY  11801** | **Construction Services** |
| **Newport Development Group**<br>**328 Sackett Street**<br>**New York, NY  11231** | **Construction Services** |
| **NYC Transit Authority**<br>**W 14th Street & 6th Avenue**<br>**New York, NY  10011** | **Construction Services** |
| **NYC Water Board**<br>**P.O. Box 410**<br>**Church Street Station**<br>**New York, NY  10008** | **Construction Services** |

In re:  Northside Tower Realty, LLC _____,    Case No. _____
                         Debtor                                           (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Penmark Realty Corp.<br>5 E. 86th Street<br>New York, NY | Construction Services |
| Service Paint<br>11 E. 26th Street<br>New York, NY  10010 | Construction Services |
| SOS Security Inc.<br>P.O. Box 6373<br>Parsippany, NJ | Construction Services |
| Sullivan Group Design LLC<br>15 W. 26th Street<br>New York, NY  10010 | Construction Services |
| Thorton Tomasetti Group<br>51 Madison Avenue<br>New York, NY  10010 | Construction Services |
| Tom O'Hara<br>135 W. 36th Street<br>New York, NY  10018 | Construction Services |
| VDA Consultant<br>5 Regent Street<br>Livingston, NJ | Construction Services |
| VMS Consulting<br>222 Holland Avenue<br>Old Medford, NY  11763 | Construction Services |

B6G (Official Form 6G) (12/07) -Cont.

In re:  Northside Tower Realty, LLC                          Case No.  _____
                          Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wexler & Associates<br>12 W. 32nd Street<br>New York, NY 10001 | Construction Services |

In re: **Northside Tower Realty, LLC**                    Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony Ciuffo**<br>**1827 Flushing Avenue**<br>**Ridgewood, NY 11385**<br><br>**Paul Vallario**<br>**1827 Flushing Avenue**<br>**Ridgewood, NY 11385** | **Capital One Bank, N.A.**<br>**275 Broadhollow Road**<br>**Melville, NY 11747** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re:   **Northside Tower Realty, LLC**               Case No.  _____

                                                        Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:          $              0.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                        $              0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)            $              0.00
    4. Payroll Taxes                                                      0.00
    5. Unemployment Taxes                                                 0.00
    6. Worker's Compensation                                              0.00
    7. Other Taxes                                                        0.00
    8. Inventory Purchases (Including raw materials)                      0.00
    9. Purchase of Feed/Fertilizer/Seed/Spray                            0.00
   10. Rent (Other than debtor's principal residence)                    0.00
   11. Utilities                                                     1,500.00
   12. Office Expenses and Supplies                                      0.00
   13. Repairs and Maintenance                                       5,000.00
   14. Vehicle Expenses                                                  0.00
   15. Travel and Entertainment                                         0.00
   16. Equipment Rental and Leases                                      0.00
   17. Legal/Accounting/Other Professional Fees                         0.00
   18. Insurance                                                        0.00
   19. Employee Benefits (e.g., pension, medical, etc.)                 0.00
   20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):
         **None**                                              _____
   21. Other (Specify):

         **Real Estate Taxes**                                     8,000.00
         **Security**                                            13,000.00

   22. Total Monthly Expenses (Add items 3 - 21)                                   $        27,500.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)                    $       (27,500.00)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Northside Tower Realty, LLC**

Debtor

Case No. _____

Chapter ___11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 17,000,000.00 | | |
| B - Personal Property | YES | 3 | $ 100,160.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 7 | | $ 23,401,808.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 31,038.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 4,664,105.89 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 23 | $ 17,100,160.00 | $ 28,096,952.55 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Northside Tower Realty, LLC** _____,        Case No. _____
                                Debtor                           Chapter    **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 31,038.26 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 31,038.26 |

State the following:

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**United States Bankruptcy Court**
**Eastern District of New York**

In re **Northside Tower Realty, LLC**                    Case No. _____
                                    Debtor                    Chapter    **11**    _____

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    **31,038.26** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    **0.00** |
| 4. Total from Schedule F | | $    **4,664,105.89** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    **4,664,105.89** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Northside Tower Realty, LLC
_____   Case No. _____
                    **Debtor**                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I Anthony Ciuffo, Paul Vallario, the **Managing Members** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _March 12, 2010_                    Signature: _Anthony Ciuffo    Paul Vallario_

                                                       Anthony Ciuffo, Paul Vallario Managing Members
                                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re: **Northside Tower Realty, LLC**

Case No. _____

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Anthony Ciuffo | | 50 | |
| Paul Vallario | | 50 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Anthony Ciuffo, Paul Vallario, Managing Members** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: march 12, 2010

Anthony Ciuffo, Paul Vallario, Managing Members
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re: **Northside Tower Realty, LLC**                                Case No. _____

_____,

Debtor                                            (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **0.00** | **Condominum Developer** | **2008** |
| **0.00** | **Condominium Developer** | **2009** |

### 2. Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sunshine of East Coast, Inc. v. Northside Tower Realty LLC et al 500312/09 | Foreclosure on Mechanic's Lien | Supreme Cout Kings County | Pending |
| Scorcia & Diana Assoc., Inc. v. Northside Tower Realty LLC 2131/08 | Foreclosure of Mechanic's Lien | Supreme Court Kings County | Pending |
| Rotavele Elevator, Inc. v. Northside Tower Realty LLC et al 18830/09 | Foreclosure on Mechanic's Lien | Supreme Court Kings County | Pending |
| Metal Glass Solutions & Associates, Inc. v. Northside Tower Realty LLC et al 500312/09 | Foreclosure on Mechanic's Lien | Supreme Court Kings County | Pending |
| SNG Brick and Stone, Inc., v. Northside Tower Realty LLC et al 500312/09 | Foreclosure on Mechanic's Lien | Surpeme Court Kings County | Pending |
| Capital Interiors Construction Corp., v. Northside Tower Realty LLC et al 25209/09 | Foreclosure on Mechanic's Lien | Surpeme Court Kings County | Pending |
| Sunshine of East Coast, Inc. v. Northside tower Realty et al 500312/09 | Foreclosure of Mechanic's Lien | Supreme Court Kings County | Pending |
| Solco Plumbing Supply Inc., v. Northside Tower Realty LLC et a. 500312/09 | Foreclosure on Mechanic's Lien | Surpeme Court Kings County | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Weinberg, Gross & Pergament, LLP 400 Garden City Plaza Suite 403 Garden City, NY** | 01/20/2010 | 5,800.00 |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Capital One** | 0.00 | 02/10 |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑ a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑ b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑ c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑  b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME_____ADDRESS_____

## 19. Books, records and financial statements

None ❑  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

**Santo Gentile, CPA**                                **2005 - present**
**159 Northern Blvd.**
**Suite 101**
**Great Neck, NY  11021**

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME_____ADDRESS_____DATES SERVICES RENDERED_____

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME_____ADDRESS_____

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS_____DATE ISSUED_____

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Anthony Ciuffo | Managing Member | 50% |
| Paul Vallario | Managing Member | 50% |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 18, 2010          Signature  *Anthony Ciuffo, Paul Vallam*

**Anthony Ciuffo, Paul Vallario, Managing Members**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
# Eastern District of New York

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:

Case No.:

Chapter:   **11**

**Northside Tower Realty, LLC**
Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In Re

BANKRUPTCY NO.

**Northside Tower Realty, LLC**

Debtor.

# DECLARATION RE: ELECTRONIC FILING OF
# PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

I **Anthony Ciuffo, Paul Vallario** ,

the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: March 12, 2010          Signed: _Anthony Ciuffo, Paul Vallario_

**Anthony Ciuffo, Paul Vallario**
(Applicant)

## PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements in the most recent attachment to G.O. #162. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated:

**Marc A. Pergament**
Attorney for Debtor(s)

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In re:     **Northside Tower Realty, LLC**                                    Case No. _____

                                    Debtor                                    Chapter     11

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **to be determined** |
| Prior to the filing of this statement I have received | $ | **5,800.00** |
| Balance Due | $ | |

2. The source of compensation paid to me was:

    ☑ Debtor          ☑ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)   [Other provisions as needed]
         **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____

**Marc A. Pergament, Bar No. MP6183**

**Weinberg, Gross & Pergament LLP**
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                          Chapter 11

Northside Tower Realty, LLC,                    Case No.

        Debtor.                          Affidavit Under Local
                                                Bankruptcy Rule 1007-3
---------------------------------------------------------X

STATE OF NEW YORK    )
                       ss.:
COUNTY OF NASSAU    )

        Anthony Ciuffo and Paul Vallario, being duly sworn, deposes and says:

        1.      We are the Managing Members of Northside Tower Realty, LLC, the above-named debtor (hereinafter "Debtor"). We submit this affidavit in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

        2.      The principal office of the Debtor is located in this district at 159 Northern Boulevard, Great Neck, New York.

        3.      The Debtor's taxpayer identification number is 20-1159498.

        4.      There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

        5.      No official or unofficial committee of creditors of the Debtor has been organized as of this date.

        6.      No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

        7.      The Debtor's principal books and records are located at 159 Northern Boulevard, Great Neck, New York.

8.    A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9.    During the pendency of these proceedings, the Debtor intends to continue its operations in the development of real property.

10.    The Debtor operates its business from 142 North 6th Street, Brooklyn, New York.

11.    It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small operating loss.

12.    No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.    The Debtor does not have any assets located outside the territorial limits of the United States.

14.    It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

_____    _____
Anthony Ciuffo

_____
Paul Vallario

Sworn to before me this
_12_ day of March, 2010.

_____
NOTARY PUBLIC

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE5012695
Qualified in Nassau County
Commission Expires  July 15, 20__
2011

2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):   Northside Tower Realty, LLC _____CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y . LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑      NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

❑      THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__      [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__      [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASE S (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N): **N**      [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY L ISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE*: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may
not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time,
except as indicated elsewhere on this form.

_____                    _____
**Marc A. Pergament**                                **Anthony Ciuffo, Paul Vallario**
Signature of Debtor's Attorney                       Signature of Pro Se Debtor/Petitioner

                                                     **1827 Flushing Avenue**
                                                     **Ridgewood, NY 11385**
                                                     _____
                                                     Mailing Address of Debtor/Petitioner

                                                     _____
                                                     City, State, Zip Code

                                                     _____
                                                     Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of
a trustee or the dismissal of the case with prejudice.

NOTE : Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.