UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------x
In Re:

Northside Tower Realty, LLC                    Case No.

                                               Chapter       11

              Debtor(s)
---------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: March 12, 2010

_____  _____
Anthony Ciuffo, Paul Vallario
Debtor

_____
Marc A. Pergament
Attorney for Debtor

A.P.E. Electric of NY & NJ
9 Running Brook Drive
Perrineville, NJ  08535


ACA Contracting, Inc.
33 Roundabout Road
SMithtown, NY  11787


Agovino & Asselta LLP
170 Old Country Road
Suite 608
Mineola, NY  11501


Anthony Ciuffo
1827 Flushing Avenue
Ridgewood, NY  11385


Bacarella Enterprises, Inc.
43-35 157 Street
Flusing, NY  11355


Big City Development
400 E. 58th Street
New York, NY  10022


Blue Diamond Group Corp.
223 North 8th Street
Brooklyn, NY  11211


Capital Interiors Construction
510 Hempstead Tpke.
Suite 211
West Hempstead, NY  11522


Capital One Bank, N.A.
275 Broadhollow Road
Melville, NY  11747

City Wide Premium Painting Corp
25 Highland Avenue
Port Washington, NY  1105

Coastal Plumbing Supply Co., Inc
480 Bay Street
Staten Island, NY  10304

DACK Consulting Solution Inc
2 William Street
White Plains, NY  10601

Environmental Control Board
P.O. Box 2307
New York, NY  10272

Expressive Lighting Inc.
245 48th Street
Brooklyn, NY  11220

Ferro Fabricators Inc.
1117 38th Street
Brooklyn, NY  11218

Glenwood Mason Supply Co., Inc.
4106 Glenwood Road
Brooklyn, NY  11210

Hampton Air East Inc.
26 Sawgrass Drive
Bellport, NY  11713

JC Ryan EBCO/H&G LLC
1800 New Highway
Farmingdale, NY  11735

Joseph Savino, Esq.
Lazer, Patheker, Rosella
& Yedid, P.C.
225 Old Country Road
Melville, NY 11747

Kaufman Dolowich Law Firm
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

KLIN Construction Group, Inc.
43-41 162nd Street
Flushing, NY 11358

Michelle Englander, Esq.
343 Great Neck Road
Great Neck, NY 11021

Levada, Inc.
1726 Mc Donald Avenue
Brooklyn, NY 11230

M&V Provision
1827 Flushing Avenue
Ridgewood, NY 11385

Malvina Lin, P.C.
1203 Avenue J
Suite 4B
Brooklyn, NY 11230

Marc H. Supcoff, Esq.
469 Seventh Avenue
4th Floor
New York, NY 10018

Mastropietro-Frade
111 Broadway
Suite 1403
New York, NY 10006

Matthew K. Bendix. P.E.
519 8th Avenue
New York, NY  10018


Mayer Malbin Co.
41-01 36th Avenue
Long Is,. City,NY  11101


Met Rock
501 5th Avenue
New York, NY  10017


Metal & Glass Solutions
55 Washington Street
Suite 655
Brooklyn, NY  11201


NationalGrid
8424 Ditmas Avenue
Brooklyn, NY  11236


North Side Enterprise
1827 Flushing Avenue
Ridgewood, NY  11385


Northside Enterprise
1827 Flushing Avenue
Ridgewood, NY  11385


NYC Dept. of Finance
345 Adams Street
3rd Floor
Brooklyn, NY  11201-3719
Attn: Legal Affairs

NYC Dept. of Finance
P.O. Box 32
New York, NY  10008

Paul Vallario
1827 Flushing Avenue
Ridgewood, NY  11385


Paul Vallario
1827 Flushing Avenue
Ridgewood, NY  11385


Queens Ridgewood Realty LLC
1827 Flushing Avenue
Ridgewood, NY  11385


Quest Contracting, Inc.
129 Berkshire Drive
Farmingdale, NY  11738


Rabinowitz & Galina, Esqs
94 Willis Avenue
Mineola, NY  11501


Rotavele Elevator Inc.
414 Seneca Avenue
Ridgewood, NY  11385


Scher Law Firm
1 Old Country Road
Suite 385
Carle Place, NY  11516


Scorcia and Diana Associates Inc
51 Atlantic Avenue
Floral Park, NY  11001


Shanker Law Group
101 Front Street
Mineola, NY  11501

SNG Brick & Stone, Inc.
1117 38th Street
Brooklyn, NY  11218


Solco Plumbing Supply Inc.
413 Liberty Avenue
Brooklyn, NY  11207


Solco Plumbing Supply Inc
5917 New Utrecht Avenue
Brooklyn, NY  11228


Strazzullo Law Firm
7101 18th Avenue
Brooklyn, NY  11204


Sullivan Landscaping
15 West 26th Street
New York, NY  10010


Sunshine of East Coast Inc.
25 Orchard Drive
Farmingville, NY  11738


T&T Industry Inc.
54-01 43rd Street
Maspeth, NY  11378


U.S. Diamond, Inc.
24-32 44th Street
Astoria, NY  11103


Ultimate Security
250 Fulton Aenue
Hempstead, NY  11550

VDA LLC
5 Regent Street
Suite 624
Livingston, NJ  07039


Versa Contracting Co., Inc.
814 Horseblock Road
Farmingdale, NY  11738